IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 28 2005

GREGORY C. LANGHAM
CLERK

Civil Action No. 05-cv-01383-OES

JAMES SHERRILL,

    Applicant,

v.

H. A. RIOS, JR. (Warden),

    Respondents.

## ORDER DIRECTING APPLICANT TO CURE DEFICIENCIES

Applicant James Sherrill is in the custody of the United States Bureau of Prisons (BOP) and currently is incarcerated at the Federal Correctional Institution in Florence, Colorado. He has submitted *pro se* a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action and an Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241. The court has determined that the documents are deficient as described in this order. Mr. Sherrill will be directed to cure the following if he wishes to pursue his claims. Any papers which Mr. Sherrill files in response to this order must include the civil action number on this order.

The court has reviewed the habeas corpus application filed in this action and finds that Mr. Sherrill is asserting civil rights claims rather than habeas corpus claims. Mr. Sherrill challenges his confinement in a medium-custody prison facility more than 500 miles from his home. He does not challenge the execution of his sentence.

"The essence of habeas corpus is an attack by a person in custody upon the

legality of that custody, and . . . the traditional function of the writ is to secure release from illegal custody." *See Preiser v. Rodriguez*, 411 U.S. 475, 484 (1973). Generally, a federal prisoner's challenge to his conditions of confinement is cognizable under ***Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics***, 403 U.S. 388 (1971). *See, e.g., Richards v. Bellmon*, 941 F.2d 1015, 1018 (10th Cir. 1991).

The court will construe the pleading filed in this action liberally as asserting civil rights claims pursuant to *Bivens*. The clerk of the court will be directed to mail to Mr. Sherrill the appropriate form for filing a Prisoner Complaint. Mr. Sherrill will be ordered to complete this form and submit it to the court if he wishes to pursue his claims. Mr. Sherrill should name as defendants the individuals who allegedly have violated his rights.

Because the court has determined that his action properly is construed as a *Bivens* action, Mr. Sherrill is required to pay the $250.00 filing fee. *See* 28 U.S.C. § 1914(a). Alternatively, he may submit a properly completed Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 if he is unable to pay the entire filing fee at this time. If leave to proceed pursuant to § 1915 is granted, Mr. Sherrill will be allowed to pay the balance of the filing fee in installments. *See* 28 U.S.C. § 1915(b). The clerk of the court will be directed to mail to Mr. Sherrill the appropriate form for filing a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915. Accordingly, it is

ORDERED that the clerk of the court commence a civil action in this matter. It is

FURTHER ORDERED that Mr. Sherrill cure the deficiencies designated above

by filing a Prisoner Complaint and either by paying the $250.00 filing fee or by filing a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 **within thirty (30) days from the date of this order**. Any papers that Mr. Sherrill files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that the clerk of the court mail to Mr. Sherrill, together with a copy of this order, two copies of the following forms: Prisoner Complaint; Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915. It is

FURTHER ORDERED that if within the time allowed Mr. Sherrill fails to cure the designated deficiencies, the action will be dismissed without prejudice and without further notice.

DATED at Denver, Colorado, this 28th day of July, 2005.

BY THE COURT:

_____
BOYD N. BOLAND
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 05-cv-01383-OES

James Sherrill
Reg. No. 16131-045
FCI
P.O. Box 6000
Florence, CO 81226

I hereby certify that I have mailed a copy of the **ORDER and two copies of the Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. §1915 and a Prisoner Complaint** above-named individuals on 7/28/05

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk